IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHELE FINK

    Plaintiff,

v.                                                                              No. 3:18-CV-130-DRH-DGW

SOLUTIA INC. DISABILITY INCOME
PLAN and RELIANCE STANDARD
LIFE INSURANCE COMPANY

    Defendants.

## ORDER

**HERNDON, District Judge:**

Having been advised by counsel that the above action has been settled but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 30 days from the date of this Order. Should the parties fail to consummate settlement within 30 days, they may petition the Court to delay entry of judgment until a later day. In light of the settlement, the Court **DENIES** all motions pending in this case **as moot** and **VACATES** all court dates in this case.

    IT IS SO ORDERED.

*/s/ David R. Herndon*

Judge Herndon
2018.05.17
10:58:08 -05'00'

United States District Judge